UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22330-cv-KMM

CRUZ EDDEN VELASQUEZ URBINA,
and all other similarly situated under 29 U.S.C. 216(b)

    Plaintiff,
vs.

KNM CONSTRUCTIONS CORP.,
CONCRETE LABOR DEVELOPMENT, INC.,
HECTOR GRANADOS, and ORESTES BOFFIL,

    Defendants.

_____

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**
_____

Defendants, KNM Construction Corp. ("KNM") and Hector Granados ("Granados"), (collectively the "Defendant(s)") hereby respond to Plaintiff's Statement of Claim (E.C.F. 9), and state the following:

1. Defendants deny that the Plaintiff is entitled to any of the alleged damages they seek under the Fair Labor Standards Act, 29 U.S.C. 201, et seq. (FLSA").

2. Plaintiff's calculation of his damages against KNM and Granados is misstated and/or unsupported. Upon information and belief, Plaintiff did not work directly for KNM or Granados during the period specified in the Statement of Claim. Assuming *arguendo* that Plaintiff was directly employed by the Defendants, the Defendants deny that Plaintiff worked 1,062.5 overtime hours during 85 weeks as alleged in the Statement of Claim.

3. To the extent Plaintiff performed any work for KNM or Granados, Plaintiff was properly compensated for all such hours worked.

4. Defendants deny Plaintiff is entitled to liquidated damages, to the extent the FLSA applies. Any of Defendants' acts or omissions were done in good faith and with reasonable grounds for believing that the acts or omissions were not in violation of the FLSA.

5. Upon information and belief, Plaintiff worked as contract labor for other entities during the period alleged. As contract labor, the Plaintiff is exempt from the overtime provisions of the FLSA. Murray v. Playmaker Servs., LLC, 512 F.Supp.2d 1273, 1276 (S.D.Fla. 2007).

6. To the extent Plaintiff performed any work for Defendants, he is not entitled to compensation for overtime hours because the Defendants did not authorize or approve overtime work by Plaintiff.

7. The wage and overtime provision of the FLSA are inapplicable to Defendants because they are not engaged in a business affecting interstate commerce. Specifically, KNM is a construction contractor conducting business locally.

8. Defendants reserve the right to amend this response and raise any additional defenses available to them as discovery proceeds.

    ROIG LAWYERS
    44 W. Flagler Street, Suite 2100
    Miami, FL 33130
    Tel: (305) 405-0997
    Pleadings@RoigLawyers.com

BY: /s/JAMES P. GUEITS
    NELSON C. BELLIDO
    Florida Bar No. 974048
    JAMES P. GUEITS
    Florida Bar No. 935271

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-Mail this 24th day of July, 2018, to J.H. Zidell, Esq., J.H. Zidell, P.A., 300-71st Street, Suite 605, Miami Beach, Florida 33141 via the Court's e-service system pursuant to Rule 2.516(b)(1) of the Florida Rules of Judicial Administration.

BY: /s/JAMES P. GUEITS
NELSON C. BELLIDO
Florida Bar No. 974048
JAMES P. GUEITS
Florida Bar No. 935271