**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:18-cv-22330-AMS

CRUZ EDDEN VELAZQUEZ URBINA and
all others similarly situated under 29 U.S.C.
216(B),

     Plaintiff,

v.

K N M CONSTRUCTIONS CORP.,
CONCRETE LABOR DEVELOPMENT
INC.,
HECTOR GRANADOS,
ORESTES BOFFIL,

     Defendants.

_____/

## NOTICE OF ATTORNEY APPEARANCE

     **PLEASE TAKE NOTICE** that Alejandro F. Garcia, Esq., of Ramhofer Garcia & Moore,

PLLC, hereby gives notice of his appearance as counsel of record in this case for Defendants

Orestes Boffil and Concrete Labor Development Inc., and asks that all pleadings, notices,

correspondence and other papers be served upon the undersigned. The undersigned hereby

designates the following e-mail addresses for service:

agarcia@rgmlawfirm.com
service@rgmlawfirm.com

     Respectfully submitted,

     By: */s/ Alejandro F. Garcia*
       Alejandro F. Garcia, Esq.
       Florida Bar No. 98505
       agarcia@rgmlawfirm.com
       RAMHOFER GARCIA & MOORE, PLLC
       100 Southeast 2nd Street, Suite 2000

1

Miami, FL 33131
Telephone: (305) 481-9733
Facsimile: (954) 697-0341
*Attorneys for Defendants Orestes Boffil and*
*Concrete Labor Development Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **November 19, 2018** a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I ALSO CERTIFY that the foregoing documents are being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Alejandro F. Garcia*
Alejandro F. Garcia, Esq.

## SERVICE LIST

| | |
|---|---|
| Neil Tobak, Esq.<br>Email: ntobak.zidellpa@gmail.com<br>Rivkah Fay Jaff, Esq.<br>Email: Rivkah.Jaff@gmail.com<br>Jamie H. Zidell, Esq.<br>Email: ZABOGADO@AOL.COM<br>J.H. ZIDELL, P.A.<br>300 71st Suite 605<br>Miami Beach, FL 33141<br>305-865-6766<br>*Attorneys for Plaintiff* | Alejandro F. Garcia, Esq.<br>Florida Bar No. 98505<br>E-Mail: agarcia@rgmlawfirm.com<br>Secondary: service@rgmlawfirm.com<br>RAMHOFER GARCIA & MOORE, PLLC<br>100 Southeast 2nd Street, Suite 2000<br>Miami, FL 33131<br>Telephone: (305) 481 9733<br>Facsimile: (954) 697-0341 |
| Nelson Camilo Bellido, Esq.<br>Email: nbellido@roiglawyers.com<br>ROIG LAWYERS<br>44 W. Flagler Street<br>2nd Floor<br>Miami, FL 33130<br>305-405-0997<br>*Attorneys for K N M Constructions*<br>*Corp. and Hector Granados* | |

2