UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22330-AMS

CRUZ EDDEN VELAZQUEZ URBINA and
all others similarly situated under 29 U.S.C.
216(B),

    Plaintiff,

v.

K N M CONSTRUCTIONS CORP.,
CONCRETE LABOR DEVELOPMENT
INC.,
HECTOR GRANADOS,
ORESTES BOFFIL,

    Defendants.
_____/

**DEFENDANTS CONCRETE LABOR DEVELOPMENT INC.'S, AND ORESTES BOFFIL'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT**

    Defendants Concrete Labor Development, Inc. ("CLD"), and Orestes Boffil ("Boffil"), by and through the undersigned counsel, hereby file this Motion for Extension of Time to File a Response to Plaintiff Cruz Edden Velazquez Urbina's ("Urbina") Renewed Motion for Default Judgment pursuant to Rule 6(b), *Federal Rules of Civil Procedure*, and in support thereof state as follows:

    1.    On July 6, 2018, a Clerk's Default [D.E. 15] was entered against CLD and Boffil.

    2.    On July 9, 2018, Urbina filed his Motion for Default Judgment against CLD and Boffil. [D.E. 19].

    3.    On August 1, 2018, the Court entered an Order [D.E. 23] denying Urbina's Motion for Default Judgment without prejudice and instructing Urbina to renew his Motion for Default

1

Judgment after the resolution of the case against the non-defaulting Defendants.

4. On September 27, 2018, Plaintiff filed a Notice of Settlement [D.E. 27] as to the non-defaulting Defendants.

5. On October 8, 2018, Plaintiff renewed his Motion for Default Judgment [D.E. 28]. The Clerk automatically calendared the response date as October 22, 2018.

6. On November 13, 2018, the Court entered an Order [D.E. 33] approving Urbina's settlement with the non-defaulting Defendants.

7. The undersigned discovered the instant litigation and default while researching a separate litigation involving Boffil and another one of his companies on November 17, 2018.

8. On November 19, 2018, the undersigned received authorization to file a Notice of Appearance in this litigation.

9. On November 20, 2018, CLD and Boffil formally retained the undersigned to represent them.

10. CLD and Boffil request an extension of time through and including November 30, 2018, to prepare their response in opposition to Urbina's Renewed Motion for Default Judgment and a cross-motion to vacate the Clerk's Default against them.

11. CLD and Boffil take the position that this Motion for Extension of Time is timely filed because Urbina renewed his Motion for Default Judgment prior to the resolution of his claims against the non-defaulting parties in violation of the Court's Order. On that point, the claim could not have been resolved via settlement before the Court's approval of the settlement. Therefore, it is CLD and Boffil's position that they need only demonstrate "good cause" under Rule 6(b)(1)(A), *Federal Rules of Civil Procedure*, to obtain the requested extension.

12. Boffil and CLD request an extension of time to confer with their recently retained

counsel regarding Urbina's Renewed Motion for Default Judgment. [D.E. 28].

13. The Thanksgiving Holiday also diminishes the ability of the undersigned and his clients to confer.

14. To the extent the Court finds this Motion untimely, CLD and Boffil failed to act because of excusable neglect. "To constitute excusable neglect, the defaulted party must provide specific facts to support a general allegation of human error." *United States ex rel Tarmac Fla., Inc. v. Emp'rs Ins. of Wausau*, 706 F. Supp. 40, 41 (S.D. Fla. 1989).

15. In this case, one "D. Sanchez" was allegedly served with the summons and complaint for both CLD and for Boffil. Upon information and belief, Ms. Sanchez is an administrative assistant in the company, who does not reside with Mr. Boffil and is not designated by law to accept service on behalf of CLD.

16. Numerous claims against Boffil and his companies were made in a short period of time, including the instant litigation, a separate FLSA litigation styled *Vasquez v. Concrete Labor Services, Inc.* et al, Case No. 1:18-cv-22269-MGC (S.D. Fla.), and, upon information and belief, a separate Workers' Compensation claim involving the same named-plaintiff.

17. There was some confusion as who had been sued, who was suing and who was representing CLD and Boffil.

18. A language barrier is also believed to have contributed to the delay in responding both to the Complaint and all other motions and papers in this litigation.

19. Accordingly, CLD and Boffil pray that the Court finds excusable neglect and grant the requested extension of time.

20. The requested extension will allow CLD and Boffil adequate time to submit sworn testimony in support of their opposition and cross-motion to vacate the Clerk's Default and prepare

their Answer and Affirmative Defenses to Urbina's Complaint demonstrating a meritorious defense.

21. In compliance with Local Rule 7.1(a)(3), the undersigned counsel certifies that he conferred with counsel for Urbina via e-mail on November 21, 2018, and that counsel for Urbina objected to the requested extension.

22. This request is made in good faith and is not intended to unreasonably delay the resolution of this case.

23. The requested extension of time will not prejudice any party.

**WHEREFORE** Defendants Concrete Labor Development, Inc., and Orestes Boffil respectfully request that this Court enter an Order granting this Motion for Extension of Time and extending the time to file a response to Urbina's Renewed Motion for Default Judgment to November 30, 2018.

Respectfully submitted,

By: /s/ *Alejandro F. Garcia*
    Alejandro F. Garcia, Esq.
    Florida Bar No. 98505
    agarcia@rgmlawfirm.com
    RAMHOFER GARCIA & MOORE, PLLC
    100 Southeast 2nd Street, Suite 2000
    Miami, FL 33131
    Telephone: (305) 481-9733
    Facsimile: (954) 697-0341
    *Attorneys for Defendants Orestes Boffil and Concrete Labor Development Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **November 21, 2018** a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I ALSO CERTIFY that the foregoing documents are being served this day on all counsel of record identified on the

attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Alejandro F. Garcia*
Alejandro F. Garcia, Esq.

## SERVICE LIST

| | |
|---|---|
| Neil Tobak, Esq.<br>Email: ntobak.zidellpa@gmail.com<br>Rivkah Fay Jaff, Esq.<br>Email: Rivkah.Jaff@gmail.com<br>Jamie H. Zidell, Esq.<br>Email: ZABOGADO@AOL.COM<br>J.H. ZIDELL, P.A.<br>300 71st Suite 605<br>Miami Beach, FL 33141<br>305-865-6766<br>*Attorneys for Plaintiff* | Alejandro F. Garcia, Esq.<br>Florida Bar No. 98505<br>E-Mail: agarcia@rgmlawfirm.com<br>Secondary: service@rgmlawfirm.com<br>RAMHOFER GARCIA & MOORE, PLLC<br>100 Southeast 2nd Street, Suite 2000<br>Miami, FL 33131<br>Telephone: (305) 481 9733<br>Facsimile: (954) 697-0341 |
| Nelson Camilo Bellido, Esq.<br>Email: nbellido@roiglawyers.com<br>ROIG LAWYERS<br>44 W. Flagler Street<br>2nd Floor<br>Miami, FL 33130<br>305-405-0997<br>*Attorneys for K N M Constructions Corp. and Hector Granados* | |